[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-12440
Non-Argument Calendar
_____

D.C. Docket No. 7:09-cr-00008-WLS-TQL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DWAIN D. WILLIAMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(December 18, 2013)

Before WILSON, HILL and ANDERSON, Circuit Judges.

PER CURIAM:

   Ingrid Driskell, counsel for Dwain Williams has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and Williams's sentences are **AFFIRMED.**